UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Charles E Murphy § Case No. 15-25332
§
§
_____Debtor_____ §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 5,775.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,025.22     Claims Discharged
                                                Without Payment:  15,986.98

Total Expenses of Administration:  1,339.95

---

    3) Total gross receipts of $ 5,365.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,365.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,339.95 | 1,339.95 | 1,339.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,837.00 | 10,175.20 | 10,175.20 | 4,025.22 |
| **TOTAL DISBURSEMENTS** | $ 9,837.00 | $ 11,515.15 | $ 11,515.15 | $ 5,365.17 |

4)  This case was originally filed under chapter 7 on  07/24/2015 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2017              By:/s/Joji Takada, Chapter 7 Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance Estate of Decedent Death Benefit Plan Life Insur | 1229-000 | 5,365.17 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,365.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,286.52 | 1,286.52 | 1,286.52 |
| Joji Takada | 2200-000 | NA | 3.43 | 3.43 | 3.43 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,339.95 | $ 1,339.95 | $ 1,339.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BBY/CBNA Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007 | | 2,017.00 | NA | NA | 0.00 |
| 2 | BMO Harris BANK Attn: Bankruptcy Dept. Po Box 1111 Madison WI 53701 | | 4,337.00 | NA | NA | 0.00 |
| 3 | CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| 4 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 632.00 | NA | NA | 0.00 |
| 5 | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 72.00 | NA | NA | 0.00 |
| 6 | Syncb/JCP Attn: Bankruptcy Dept. Po Box 965007 Orlando FL 32896 | | 441.00 | NA | NA | 0.00 |
| 7 | Syncb/WALMART DC Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 | | 1,918.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | World Acceptance CORP Attn: Bankruptcy Dept. 20660 Caton Farm Rd Unit Crest Hill IL 60403 | | 420.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 59.63 | 59.63 | 23.59 |
| 3 | American Infosource Lp As Agent For | 7100-000 | NA | 60.25 | 60.25 | 23.83 |
| 6 | Bmo Harris Bank N.A. | 7100-000 | NA | 4,553.91 | 4,553.91 | 1,801.49 |
| 1 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 646.56 | 646.56 | 255.77 |
| 4 | Capital Recovery V, Llc | 7100-000 | NA | 664.04 | 664.04 | 262.69 |
| 5 | Capital Recovery V, Llc | 7100-000 | NA | 2,098.84 | 2,098.84 | 830.28 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,091.97 | 2,091.97 | 827.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 9,837.00 | $ 10,175.20 | $ 10,175.20 | $ 4,025.22 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-25332 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Charles E Murphy | | | | Date Filed (f) or Converted (c): | 07/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/17/2015 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Inheritance Estate of Decedent Death Benefit Plan Life Insur (u) 1/10 share of family trust valued at 78723.22 as of his mother's passing of 7/8/15. | 7,872.00 | 5,365.17 | | 5,365.17 | FA |
| 2. Bank Account  checking account with -First Midwest $5 | 5.00 | 0.00 | | 0.00 | FA |
| 3. Bank Account  checking account with -First Midwest $15 | 15.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods Furnishings  Used household goods; TV, DVD player, TV stand, $1,500 stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Books Collectibles  Books, CD's, DVD's, Tapes/Records, Family Pictures $75 | 75.00 | 0.00 | | 0.00 | FA |
| 6. Clothing  Necessary wearing apparel. $100 | 100.00 | 0.00 | | 0.00 | FA |
| 7. Furs Jewelry  Watch $100 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Firearm Hobby Equipment  Camera $500 | 50.00 | 0.00 | | 0.00 | FA |
| 9. Machinery Fixtures Equipment Used in Business  Tools $1,500 | 1,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $11,217.00 | $5,365.17 | $5,365.17      $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received non-exempt portion of inheritance; Consulting with accountant re: estate tax returns. - Joji Takada 12/22/2015

TFR filed. - Joji Takada 11/27/2016


Initial Projected Date of Final Report (TFR): 07/24/2016      Current Projected Date of Final Report (TFR): 12/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-25332 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Charles E Murphy | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0197 |
| | Checking |
| Taxpayer ID No: XX-XXX2767 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/15 | 1 | First Midwest Bank | Inheritance<br>Share of inheritance from mother's estate | 1229-000 | $5,365.17 | | $5,365.17 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,355.17 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,345.17 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,335.17 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,325.17 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,315.17 |
| 01/19/17 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal | 2200-000 | | ($3.43) | $5,318.60 |
| 01/19/17 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,286.52 | $4,032.08 |
| 01/19/17 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $3.43 | $4,028.65 |
| 01/19/17 | 1003 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution per court order. | 7100-000 | | $255.77 | $3,772.88 |
| 01/19/17 | 1004 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $23.59 | $3,749.29 |
| 01/19/17 | 1005 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $23.83 | $3,725.46 |

Page Subtotals: $5,365.17    $1,639.71

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-25332 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Charles E Murphy | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0197 |
| | | Checking |
| Taxpayer ID No: XX-XXX2767 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/17 | 1006 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $262.69 | $3,462.77 |
| 01/19/17 | 1007 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $830.28 | $2,632.49 |
| 01/19/17 | 1008 | Bmo Harris Bank N.A.<br>P.O. Box 2035<br>Milwaukee, Wi 53201-2035 | Final distribution per court order. | 7100-000 | | $1,801.49 | $831.00 |
| 01/19/17 | 1009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $827.57 | $3.43 |
| 01/19/17 | 1010 | Takada, Joji<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Trustee expense | 2200-000 | | $3.43 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,365.17 | $5,365.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,365.17 | $5,365.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,365.17 | $5,365.17 |

Page Subtotals: $0.00   $3,725.46

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0197 - Checking | $5,365.17 | $5,365.17 | $0.00 |
|  | $5,365.17 | $5,365.17 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,365.17 |
| Total Gross Receipts: | $5,365.17 |